# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Pioneer Plastics, Inc.,                                       Civ. No. 18-753 (MJD/BRT)

    Plaintiff,

v.

**Order**

J & J Solutions, Inc., *doing business as*
Corvida Medical,

    Defendant and Third-Party Plaintiff,

v.

Muzammil Hussain,

    Third-Party Defendant.

---

Evan Weiner, Esq., and John R. Neve, Esq., Neve Webb, PLLC, counsel for Plaintiff.

Andrew B. Brantingham, Esq., Daniel Falknor, Esq., and Vernle C. Durocher, Jr., counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated August 13, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's and Third-Party Defendant's Motion to Remand or, Alternatively, to Dismiss Counts VI and VII of Defendant's Counterclaim and Third-Party Complaint (Doc. No. 10) is **DENIED** with respect to the motion to remand, and **DENIED AS MOOT** with respect to the motion to dismiss.

Date: August 30, 2018            s/ Michael J. Davis
                                                                   MICHAEL J. DAVIS
                                                                     United States District Court Judge